**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Christopher Gutierrez  v.  The State of Texas

Appellate case number:   01-16-00570-CR

Trial court case number:  1436008

Trial court:              185th District Court of Harris County

Date motion filed:        12/18/17

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
                    ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Bland.


Date: February 15, 2018